UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMEY R. TUPLING,<br><br>             Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | NO: 2:14-CV-0002-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulation and Motion for Order of Dismissal (ECF No. 10). The parties have agreed that this case be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without an award of fees, costs, or expenses to either party.

//

//

//

//

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without an award of fees, costs, or expenses to either party.

The District Court Executive is hereby directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

**DATED** May 27, 2015.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2